IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARY E. VAUGHN, Jr., :
      Plaintiff, :
  v. : Case No. 3:14-cv-243-KRG-KAP
TONIA VAUGHN, et al., :
      Defendants :

<u>Memorandum Order</u>

Petitioner's motion for reconsideration, docket no. 19, was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(b)(3) and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 19, 2015, docket no. 20, recommending that the motion be denied. The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed a notice of appeal to the order dismissing the complaint but no objections were filed to the Report and Recommendation and the time to do so has expired.

Upon review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 17th day of December 2015, it is

ORDERED that the motion for reconsideration, docket no. 19, is denied.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Gary E. Vaughn, Jr. #15-01520
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931

Tonia Vaughn
133 Sumner Street
Cresson, PA 16630